UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
FILED
June 29, 2006
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONYA L. CHAPMAN | ) | |
| | ) | |
| V. | ) | 3-05-CV-1808-R |
| | ) | |
| EXXON MOBIL CORPORATION | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 20, 2006, United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case (Dkt. No. 18). Plaintiff filed objections on March 27, 2006 (Dkt. No. 19). After reviewing the proposed findings, conclusions and recommendation de novo pursuant to Rule 72, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 29th day of June, 2006.

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE